UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MARTA SOLODKO-GIMENEZ

CASE NO.   09-39057-BKC-AJC

#292228

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
SEP 2 6 2011
FILED ____ RECEIVED ____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,879.03 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9-23-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARTA SOLODKO-GIMENEZ  
300 BAYVIEW DR, APT 1805  
SUNNY ISLES, FL 33160

DONNA R. JOSEPH, ESQUIRE  
13899 BISCAYNE BOULEVARD  
SUITE 142  
NORTH MIAMI BEACH, FL 33181

YOUNG BERMAN KARPF & GONZALEZ  
17071 W DIXIE HWY  
NMB, FL 33160

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-39057-BKC-AJC
MARTA SOLODKO-GIMENEZ


CHAPTER 13


MARTA SOLODKO-GIMENEZ

300 BAYVIEW DR, APT 1805
SUNNY ISLES, FL 33160


DONNA R. JOSEPH, ESQUIRE
13899 BISCAYNE BOULEVARD
SUITE 142
NORTH MIAMI BEACH, FL 33181

YOUNG BERMAN KARPF & GONZALEZ ---------$      3,879.03
17071 W DIXIE HWY
NMB, FL 33160
                                        UNDELIVERABLE/STALE
                                        CLAIM REGISTER# 07

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130